UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff,<br><br>Vs.<br><br>AGUILAR, Daniel James<br>YOB: 1996<br>United States Citizen<br><br><br><br><br><br><br>　　　　Defendant | Date of Arrest: October 13, 2016<br>Magistrate's Case No. 16-1807MJ<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8, United States Code,<br>Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens<br>Count One |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about October 13, 2016, within the District of Arizona, Defendant AGUILAR, Daniel James knowing or in reckless disregard of the fact that certain alien(s), namely, AVALOS-Espinoza, Jorge, TAPIA-Avila, Alejandro, SANTIAGO-De Jesus, Gabriel and SANTIAGO-De Jesus, Saul had come to, entered, and remained in the United States in violation of law, conspired to transport and move said alien(s) in violation of Title 18, United States Code, Section 2, and Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Reviewed by: AUSA Josh Kolsrud

_____
Joseph M. Comella
Border Patrol Agent
United States Border Patrol

Sworn to before me and subscribed in my presence, October 14, 2016 at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

## STATEMENT OF FACTS

I, United States Border Patrol agent, Joseph M. Comella, being duly sworn do state the following:

On Thursday, October 13, 2016, Border Patrol Agent L. Saucedo, was assigned to roving patrol duties in Tacna, Arizona from 6:00 a.m. to 4:00 p.m. At approximately 8:25 a.m., Agent Saucedo responded to a call for assistance from Arizona Department of Public Safety (DPS). DPS was requesting a Border Patrol Agent to assist one of their officers with a traffic stop on Interstate 8 near Mile Marker 45.

At approximately 8:40 a.m., Agent Saucedo arrived on scene and spoke with DPS Officer E. Johnson. The driver, Daniel James Aguilar, was detained outside of the truck and was standing in front of the DPS service vehicle. DPS Officer Johnson informed me that he had pulled over a White 2001 Ford F-150 pickup truck, bearing Arizona plate BVY3188 for failing to maintain his driving lane and for failing to have rear fender splash guards. Upon contact with the driver, DPS Officer Johnson noticed four subjects seated in the rear of the truck avoiding eye contact with him. When the driver, Daniel James Aguilar, was asked who the people were sitting in the back of the truck, he responded that they asked him for water and he was going to take them to get water. See attached Arizona DPS supplemental report# (AZ1600014954).

Agent Saucedo approached the vehicle from the rear passenger side and noticed four occupants sitting in the rear of the truck. Agent Saucedo also noticed the rear seat was removed. Agent Saucedo noticed there was fresh trash inside the truck from Jack in the Box Restaurant. Agent Saucedo also noticed they had a thick blanket, to either cover themselves or to conceal themselves. When Agent Saucedo opened the door, all of the subjects avoided eye contact until he began speaking to them.

Agent Saucedo identified himself as a Border Patrol Agent and preformed an immigration inspection of all four passengers in the vehicle. Each passenger was individually questioned in the Spanish language as to their citizenship.

All passengers stated that they are Mexican citizens present in the United States illegally. When asked if they knew who the driver was prior to today, they all stated, "no". The passengers claimed that they met him earlier this morning. Agent Saucedo asked the passengers for their age, and two of them were over the age of 18, and two of them said they were under 18, one stated he was 14 and the other stated 17. Agent Saucedo asked the subject that was seated closest to him to show him his shoe footprint. His shoeprint had a sort of foam or glue sticking to it. Based on Agent Saucedo's experience, often illegal aliens attach foam or carpet type material to the bottom of their shoes to help prevent the detection of their footprints in the soft dirt or sand.

Agent Saucedo then spoke with the driver of the vehicle, Daniel James AGUILAR. Agent Saucedo questioned him as to his citizenship and he stated that he was a United States citizen. AGUILAR stated that he was traveling to Yuma, Arizona and that he was looking for work in the fields as a tractor driver. Aguilar was dressed in a t-shirt, shorts, long socks, and tennis shoes. AGUILAR also did not have any identification. At approximately 0850 hours, Agent Saucedo placed all four passengers under arrest for being in the United States illegally. Agent Saucedo also placed AGUILAR, the driver, under arrest for suspicion of alien smuggling. All subjects were then transported to the United States Border Patrol Station in Wellton, Arizona for further processing.

***PRINCIPLE STATEMENT

On Thursday, October 13, 2016, at approximately 1025 hours, AGUILAR, Daniel James invoked his rights.

*** MATERIAL WITNESS #1

On Thursday, October 13, 2016, at approximately 1233 hours, Border Patrol Agent (Intelligence) A. Ledezma conducted a sworn statement of Jorge Arturo AVALOS-Espinoza (DOB: 02/14/1990. The sworn statement was witnessed by Border Patrol Agent E. Martinez.

AVALOS-Espinoza was one of four illegal aliens apprehended and one United States Citizen in a white Ford F-150 bearing Arizona license plate BVY3188. The Ford pick-up truck was driven by Daniel AGUILAR (DOB: 07/23/1996) on October 13, 2016. AVALOS-Espinoza stated that his true and correct name was Jorge Arturo AVALOS-Espinoza and that he was born on February 14, 1990 in Morelia, Michoacan, Mexico. AVALOS-Espinoza stated that he did not have any legal documents to be in or travel through the United States. AVALOS-Espinoza stated that he has never applied for any documents that would allow him to enter or travel through the United States. AVALOS-Espinoza stated that his parents were both born in Michoacan, Mexico.

AVALOS-Espinoza stated his grandmother, whom lives in Michoacan, prepared his smuggling arrangements with a man he only knew as "Chango". AVALOS-Espinoza stated that he entered into the United States on Sunday, October 9, 2016 at approximately 1500 hours from Mexicali, Mexico under the instruction of "Chango". AVALOS-Espinoza claimed he only walked for approximately two hours before he was picked up and taken to an unknown house where he would stay for three days awaiting the next portion of his travel. AVALOS-Espinoza stated that he was set to pay $7,000 to reach his intended destination, which was Santa Ana, California. After three days, AVALOS-Espinoza claimed he was told to load into the same pick-up truck and was driven for approximately two hours before they were encountered by law enforcement.

AVALOS-Espinoza was subsequently shown a photo lineup containing six images of male subjects. AVALOS-Espinoza was asked if he could recognize anyone shown in the photo lineup. AVALOS-Espinoza positively identified the subject in picture #2 as the driver of the truck he was apprehended in. AVALOS-Espinoza wrote his initials and date next to picture #2.

AVALOS-Espinoza believed the driver knew that he and the other subjects in the vehicle were illegally present in the United States because on several occasions the driver would tell them to remain hidden in the rear passenger compartment of the vehicle. The statement concluded at 1256 hours.

\*\*\* WITNESS STATEMENT #2

On Thursday, October 13, 2016, at approximately 12:36pm, Border Patrol Agent, G. Genoves conducted a sworn statement on Alejandro TAPIA-Avila. TAPIA was one of four illegal aliens and one United States Citizen apprehended in a white Ford F-150 pickup truck, (AZ/BVY3188), driven by Daniel AGUILA DOB: 07/23/1996, on Thursday, October 13, 2016.

TAPIA stated that his true and correct name was Alejandro TAPIA-Avila and that he was born on October 8, 1971 in the Mexican state of Michoacán. TAPIA stated that he and both of his parents are Mexican citizens. TAPIA stated that he did not have any immigration documents to be in or reside in the United States legally.

TAPIA stated that he, his cousin, and two other people made entry into the United States near Mexicali, Baja California, Mexico, by climbing the poles affixed to the border fence. TAPIA stated that he and the others entered on Sunday, October 9, 2016) at approximately 6:30pm or 7:00pm. TAPIA stated that he and the others walked for approximately 20 minutes until they reached Interstate 8. TAPIA stated that they were guided via cellphone from smugglers in Mexico that kept in contact with the group until they reached the Interstate.

TAPIA stated that he knew it was illegal to enter into the United States in the manner in which he did. TAPIA stated that two men with approximate ages of 17 and 19, picked them up on the Interstate. TAPIA stated that the men shouted "get on". TAPIA stated that they were driven to a house that was approximately 45 minutes to 1 hour away, and were dropped off in pairs at the house. TAPIA stated that they accessed the house through an alley behind the house. TAPIA stated that there were boxes labeled "green bean" covering the windows.

TAPIA stated that on today's date at approximately 5:00am, the driver of the white truck picked them up at the house, and told them to get in the back seat area of the truck and lay down. TAPIA stated that the back seats of the truck were missing, and they were told by the driver to cover

themselves with a blanket. TAPIA stated he believes that the driver knew they were illegal because the driver was the one taking them all the way to Fresno.

TAPIA stated that his cousin who lives in Fresno made the arrangements for him to be smuggled into the United States. TAPIA stated that he was going to pay 7,000 dollars to the driver of the white pickup truck once he was taken to Fresno, California. At approximately 12:52pm, TAPIA identified photo number two of the six pack photo lineup as the driver that was transporting TAPIA.

The sworn statement concluded at approximately 12:53pm.

One cell phone was also seized for evidence and processed per Yuma sector guidelines. Phone, a black ZTE smart phone (IMEI# 865551027685185) was recorded on CBP Form 6051-S #7154251.

The other two subjects were juveniles and were processed according to Yuma Sector Guidelines.

Saul SANTIAGO-De Jesus
D.O.B. 11/14/1999
P.O.B. Santa Cruz, Guerrero, Mexico

Gabriel SANTIAGO-De Jesus
D.O.B. 02/04/2004
P.O.B. Santa Cruz, Guerrero, Mexico

The 2001 Ford F-150 was seized and will be processed per Yuma Sector guidelines. Chain of custody was recorded on CBP Form 6051-S # 7154209.

AGUILAR, Daniel James is being presented under Alien Smuggling Driver (8 USC 1324).

Joseph M. Comella
United States Border Patrol Agent

Sworn to before me and subscribed in my presence, October 14, 2016 at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge